## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:   July 2, 2015                    520129
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

            v                                MEMORANDUM AND ORDER

DANIEL DAVIS,
                        Appellant.
_____


Calendar Date:   May 27, 2015

Before:   Peters, P.J., Lahtinen, Garry and Devine, JJ.

                        _____


        John W. Hillman, Valatie, for appellant.

        Michael Cozzolino, Special Prosecutor, Claverack, for
respondent.

                        _____


Lahtinen, J.

        Appeal from an order of the County Court of Columbia County
(Koweek, J.), entered September 30, 2014, which classified
defendant as a risk level III sex offender pursuant to the Sex
Offender Registration Act.

        Defendant pleaded guilty to attempted sexual abuse in the
first degree, stemming from his sexual contact with a 10-year-old
child when he was 60 years old, and was sentenced to one year in
jail.  The People submitted a risk assessment instrument that
presumptively classified defendant as a risk level I sex
offender, in accordance with the Sex Offender Registration Act
(hereinafter SORA) (see Correction Law art 6-C).  However, the
People requested a risk level III assessment as an upward
departure, based upon defendant's 30-year criminal history.

After a hearing, County Court agreed and classified defendant as a risk level III sex offender and a predicate sex offender (see Correction Law § 168-a [7] [c]).  Defendant appeals.

The order sought to be reviewed on this appeal contains a date stamp reflecting that it was signed by the Deputy Chief Clerk of the Court and entered in the office of the clerk of the Family Court of Columbia County, instead of in the office of the clerk of the County Court of Columbia County.  Since the order was not "entered and filed in the office of the clerk of the court where the action is triable" (CPLR 2220 [a]), the appeal is not properly before us at this time and must be dismissed (see People v Laurange, 97 AD3d 995, 996 [2012]).

Peters, P.J., Garry and Devine, JJ., concur.


ORDERED that the appeal is dismissed, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court